1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                               No. 2:24-cv-03590-WBS-CSK

IN RE:  STEVEN WAYNE BONILLA

12                                               No. 2:24-cv-03591-WBS-CSK

13                                               No. 2:24-cv-03656-WBS-CSK

14                                               No. 2:24-cv-03657-WBS-CSK

15                                               No. 2:24-cv-03660-WBS-CSK

16                                               No. 2:24-cv-03701-WBS-CSK

17                                               No. 2:24-cv-03703-WBS-CSK

18                                               No. 2:24-cv-03706-WBS-CSK

19                                               No. 2:24-cv-03710-WBS-CSK

20                                               No. 2:24-cv-03711-WBS-CSK

21

22

23                                               **ORDER**

24

25

26        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2   Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4   the Court to open a new case for each attempted new pleading and assign it to the Court for

5   review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6   Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7          The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8   finds they are related to Plaintiff's Alameda County criminal conviction.

9          Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03590, 2:24-cv-03591, 2:24-cv-

10   03656, 2:24-cv-03657, 2:24-cv-03660, 2:24-cv-03701, 2:24-cv-03703, 2:24-cv-03706, 2:24-cv-

11   03710 and 2:24-cv-03711 are DISMISSED; the Clerk of the Court is directed to close these cases.

12   No further filings will be accepted.

13   Dated:  January 7, 2025

        WILLIAM B. SHUBB
14      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2